In the Matter of the Claim of HENRY HYBER, Respondent, against HEGEMAN FARMS CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

815

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.